83,809-01,02,03, 04

To Honorable Judges of The Texas Supreme Court,

First I would like to address the courts by saying, "Thank You" and I pray that the courts of said Honorable Judges, have mercy on me and grant my Petition for Writ of Habeas Corpus.

My name is Garrett Antwann Burke. I was born in Iowa City, Iowa on November 12, 1977. I was brought to the Great State of Texas in 1985. I've attended Christian Private School up until my freashman year of High School. Both of my parents are still happily married and are currently residing in Arlington, Texas with my four beautiful children ages ranging from 18, 10, 6, 5. Due to a massive hardship and the realities of life, I am widowed and a single father because on Feb. 20, 2014 my wonderful wife of 8 years passed away of natural causes, at the tender age of 36.

I will not make excuses for my action. I except full responsibilty for the life I have created for myself and my family. Nevertheless, my actions and/or decision making skills while I was on probation was cloudy and deluded due to the sudden death of my wife. She got ill on Oct. 22, 2014 and 4 months later on Feb. 20, 2014 she passed away.

The death certificate can be verified because there is one filed in Austin, Texas her name is Alvett Latrell Burke sunrise July 25, 1977 and sunset feb 20, 2014.

I am not by any means asking for a pity party from the respected courts. What I am asking is Grace and Mercy from the courts to grant my Petition for Writ of Habeas Corpus for credit of 729 days which is the time I did on probation. Please be mindful that I NEVER had a dirty UA. I've completed ALL my classes, ALL my community service hours, and my fees were all current. I made one bad judgement call after my wife passed. So once again I'm prayerfully asking the courts for there grantsmanship and mercy.

Respectfully,

G. A. B. Ae

Aug. 26, 2016

Cause NO

F12-55402, F10-35912, F12-55400, F12-55401

People OF The State of Texas       In The Supreme Court

VS       OF

Garnett Antwann Burke       State of Texas

Cause NO

F12-55402, F10-35912, F12-55402

F12-55401

Petition For Writ of Habeas Corpus

To Honorable Judges of the Texas Supreme Court

Comes now Garnett Antwann Burke in the above-entiled &

Indictment NO's) F12-55402, F10-35912, F12-55400, F12-55401

and moves the court to grant Writ of Habeas Corpus and

in support of motion shows:

I

Garnett Antwann Burke here in after, Petitioner is Illegally

restrained and confined at Jim Rudd Unit by the Texas

Department of Criminal Justice, by the Director of Correction

of said TDCJ here in after respondent

II

Petitioner was initially arrested May 5, 2012 and received

7 years probation and was arrested again on July 27, 2014. November 26, 2014 petitioner accepted 2 years TDCJ time, petitioner did not waive any credits or agree to waive any.

## III

Petitioners contends he's illegally restrained by TDCJ based on the fact that he was not given credit for the time served on probation by extending his incarceration past his date for parole and discharge. Petitioner hereby contends he's entitled to a credit of 23 months (729 days total), against his 24 months. This would also leave petitioner eligible for parole and short wave and/or discharge.

## IV

Petitioner hereby states the due process clause of the 5th amendment to the U.S. Constitution and the due process and Equal Protection Clause Probability

## V

### Prayer

Wherefore Petitioner prays The Court agree pititioner's rights, order the Supreme Court and TDCJ to apply the credits requested.

Respectfully,

Aug. 25, 2015